# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00490-CR

**Allison Marie Tremblay, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2022-CR-0939, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due December 22, 2025. The record indicates that appellant has retained counsel, Brent de la Paz, and on February 5, 2026, this Court sent a notice to Mr. de la Paz informing him that appellant's brief was overdue and that a failure to file a satisfactory response by February 17, 2026, could result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. On February 26, 2026, this Court received a notice of appearance from a second attorney, Suzanne Kramer, seeking to appear as appellant's counsel of record in this appeal. The Court rejected the notice of appearance for failure to comply with Rule of Appellate Procedure 6.1(c). *See* Tex. R. App. P. 6.1(c). On March 12, 2026, this Court sent a notice to Ms. Kramer informing her that a failure to file a corrected notice of appearance as well as a motion of extension of time or brief accompanied by a motion for extension of time could result in the

referral of this case to the trial court for a hearing under Rule 38.8(b). To date, no response has been received from either Mr. de la Paz or Ms. Kramer.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine:

1. Whether appellant desires to prosecute this appeal;

2. Whether Mr. de la Paz has abandoned this appeal;

3. Whether Ms. Kramer has been retained to represent appellant in this appeal;

4. Whether Mr. de la Paz desires to be relieved of his duties as appellate counsel in light of Ms. Kramer's representation, and if so, whether good cause exists to relieve Mr. de la Paz of his duties;

5. If Ms. Kramer is to be substituted for Mr. de la Paz as appellant's counsel, whether appellant's consent to the substitution properly has been obtained; and

6. Any additional issues the trial court finds material to ensure appellant receives effective assistance of counsel.

*See* Tex. R. App. P. 38.8(b)(2), (3); *see also Alvarado v. State*, 562 S.W.3d 450 (Tex. App.—Houston [1st Dist.] 2014, order).

The court shall make appropriate written findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings—to be prepared and forwarded to this Court no later than April 10, 2026. *See id.* 38.8(b)(3).

It is so ordered March 27, 2026.

2

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:  March 27, 2026

Do Not Publish